IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN SLAFTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS COMPANY d/b/a WALGREENS,<br><br>Defendant. | Case No. 3:21-CV-00150-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal dated June 16, 2021 (Doc. 20), this action was **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    **DATED:**   June 17, 2021.

                                                                       MARGARET M. ROBERTIE,
                                                                       Clerk of Court

                                                                       By:  s/ *Jackie Muckensturm*
                                                                                Deputy Clerk

**APPROVED:** s/ *Stephen P. McGlynn*
                     STEPHEN P. MCGLYNN
                     U.S. District Judge